UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-15-cv-6176

| | |
|---|---|
| SANTENO ADAMS | ) |
| | ) |
| v. | ) COMPLAINT |
| | ) |
| I.C. SYSTEMS, INC. | ) JURY TRIAL DEMANDED |
| | ) |

NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

Kindly dismiss the above matter pursuant to Local Rule 41.1(b).


Dated: April 25, 2016        BY: MPF8441/s/*Michael P. Forbes*
　　　　　　　　　　　　　　Michael P. Forbes, Esquire
　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　Law Office of Michael P. Forbes, PC
　　　　　　　　　　　　　　Attorney I.D. #55757
　　　　　　　　　　　　　　200 Eagle Road
　　　　　　　　　　　　　　Suite 50
　　　　　　　　　　　　　　Wayne, PA 19087
　　　　　　　　　　　　　　(610)293-9399